IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:05CR258-V

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| ROBERT CRISP, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on counsel for the Defendant's "Motion To Adopt Motions Of Co-Counsel" (document #82) filed February 3, 2006. For the reasons stated therein, the Defendant's Motion is hereby **GRANTED.**

The Clerk is directed to send copies of this Order to counsel for the parties.

**SO ORDERED**.

Signed: February 6, 2006

Carl Horn, III
United States Magistrate Judge