IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:05CR258-2-V

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| ROBERT JAMES CRISP, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on its own motion. On September 7, 2007, Defendant filed a Motion for a New Trial Pursuant to Rule 33 and a Memorandum in Support. Documents #210, 211. The Government has not filed a response to this Motion.

**IT IS, THEREFORE, ORDERED** that the Government file a response to this Motion **by December 17, 2007.**

Signed: November 15, 2007

Richard L. Voorhees
United States District Judge

1