UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:05CR258-2

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ROBERT JAMES CRISP, | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the court on Defendant's Motion to Secure Grand Jury Transcripts (Document #260), filed January 4, 2010, Defendant's Motion to Secure Sealed Documents for Use in Appeal (Document #258), filed December 28, 2009, and Defendant's Motion to Secure Transcriptions of Hearings Before Magistrate Judge (Document #249), filed October 3, 2009.

**WHEREFORE**, for the reasons stated therein, and for good cause shown, Defendant's above-referenced motions are hereby **GRANTED.**\*

**SO ORDERED.**

Signed: January 4, 2010

Richard L. Voorhees
United States District Judge

---

\*The court notes that the relief requested in the Motion to Secure Transcriptions of Hearings Before Magistrate Judge (Document #249) already may have been provided. If this is so, then this order will simply serve to affirm the court's assent to the current situation.