**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**5:05CR258-2**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **v.** | **)** | **ORDER** |
| | **)** | |
| **ROBERT JAMES CRISP,** | **)** | |
| **Defendant.** | **)** | |
| _____ | **)** | |

**THIS MATTER** is before the court on Defendant's Motion to Permit the Provision to the Defendant of a copy of his Presentence Investigation Report ("PSR") (Document #266), filed March 8, 2010.

Defendant is currently appealing his conviction and sentence, and he wishes to obtain a copy of his Presentence Report in relation to this appeal. Defense counsel informs the court that Defendant's appeal "may well involve an issue or issues relative to [the PSR];" however, no specific issues on appeal are identified that pertain to the findings of the PSR. It is the standing policy of the Bureau of Prisons not to allow inmates to possess copies of their PSR.

Based on the foregoing, the Court will **GRANT** Defendant's Motion in part and **DENY** Defendant's Motion in part, as follows:

Defense counsel may discuss any and all elements of Defendant's PSR with Defendant and may show Defendant a copy of the PSR during the course of their discussion. However, Defense counsel shall not allow Defendant to retain a copy of his PSR once their meeting concludes.

**SO ORDERED.**

Signed: April 16, 2010

Richard L. Voorhees
United States District Judge